IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES C. WINDING     PLAINTIFF

VS.     CIVIL ACTION NO. 4:07cv69-JCS

GEO ENTERPRISES     DEFENDANT

## ORDER

This cause is before the court on numerous motions filed by Plaintiff. Having considered the motions, the court rules as follows.

Plaintiff's motion for review [115] of this court's order of January 23, 2009 is denied as moot.

Plaintiff's motions for default judgment [116], for contempt [120], for a temporary restraining order and injunctive relief [121 and 139], for reconsideration [125], for Defendant to consider his settlement request [131], to strike Defendant's motions [132], to compel recent RVR's issued to Willie Proctor, for emergency pretrial conference [140], and for partial summary judgment [146] are hereby denied.

Plaintiff's motions for writs to be issued to compel the presence of Willie Proctor and Rodney Johnson at trial [130 and 135] are hereby granted.

Plaintiff's motion for emergency stay of appeal [136] is denied as moot, as Plaintiff's appeal has now been dismissed.

Plaintiff's "Motion for Plaintiff's Willingness to Settle This Case" [124] does not seek relief from the court. It is hereby terminated as a pending motion.

Plaintiff's motion to set a trial date [137] is granted. A new trial date will be set by

separate order.

Defendant is directed to respond to Plaintiff's second motion to compel production of Willie Proctor's RVR Reports [134] within ten days of entry of this order.

Plaintiff has also requested a copy of the docket sheet. A copy will be enclosed with this order.

SO ORDERED this the 27th day of May, 2009.

/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE