IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES C. WINDING                                                              PLAINTIFF

VS.                                            CIVIL ACTION NO. 4:07cv69-JCS

THE GEO GROUP, INC.                                                    DEFENDANT

FINAL JUDGMENT

A bench trial was held in this matter on August 26, 2009.  For the reasons given on the record, the Court finds that Defendant is entitled to judgment.  Accordingly, judgment is hereby entered in favor of Defendant, The Geo Group, Inc.

SO ORDERED AND ADJUDGED, this the 28th day of August, 2009.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE